UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TOBE LAWRENCE, JR.**               **CIVIL ACTION**

**VERSUS**                           **NO. 24-2734**

**TIM HOOPER, ET AL.**               **SECTION "G"(2)**

### ORDER

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Tobe Lawrence, Jr.'s petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

**NEW ORLEANS, LOUISIANA,** this ___16th___ day of September, 2025.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**